```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         SEP 25 2014

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-mj-01925 |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| Randy Amos-Garcia, ) | Probation/Supervised Release |
| ) | Conditions) |
| Defendant. ) | |

On arrest warrant issued by the United States District Court for the ~~Central District~~ District of Arizona involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

   _____
   _____
   _____
   _____
   _____

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____
   _____
   _____
   _____
   _____

   IT IS ORDERED that defendant be detained.

DATED: 9/25/14

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge